# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14-cv-324

| | |
|---|---|
| STEVEN KAHLIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CONTINENTAL AUTOMOTIVE ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Kirk J. Angel's Application for Admission to Practice *Pro Hac Vice* of Lyndon Clay White. It appearing that Lyndon Clay White a member in good standing with the Tennessee State Bar and will be appearing with Kirk J. Angel, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

IT IS, THEREFORE, ORDERED that Kirk J. Angel's Application for Admission to Practice Pro Hac Vice (#4) of Lyndon Clay White is **GRANTED**,

and that Lyndon Clay White is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Kirk J. Angel.

Signed: February 9, 2015

Dennis L. Howell
United States Magistrate Judge